IN RE: DANJO MANUFACTURING, LLC          CASE NO. 09-11606 "B"

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-11606 B<br>92000252481466 | DANJO MANUFACTURING, LLC |
| COMBINED SMALL CHECK | |

VOID AFTER 90 DAYS     106
60-249 / 433
TID #380470
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date  08/25/2010       $ ***********2.50

~~~Two Dollars and 50/100

Pay to the Order of  U.S. Bankruptcy Court

Ronald J. Hof, Trustee

⑆000000106⑆ ⑈043302493⑈ 92000252481466⑆

8/30/10

DEPOSITED TO UNCLAIMED UNDER $25.00

DUE: PROTECTION ONE

---

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227562    - KW
* * C O P Y * *
August 30, 2010
   11:09:41

UNC.UNDER$25
  09-11606
Debtor.: DANJO MANUFACTURING LLC
Trustee: Ronald Hof
Amount.:           $2.50 CH
Check#.: 106




Total-> $2.50



FROM: HOF
```

# RONALD J. HOF

CHAPTER 7 TRUSTEE
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

9905 JEFFERSON HIGHWAY
RIVER RIDGE, LOUISIANA 70123

TELEPHONE: (504)305-1591
E-MAIL: ronaldhof@cox.net

August 25, 2010

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re:  Danjo Manufacturing, LLC, No. 09-11606

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $2.50, representing a dividend in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claim and amount represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 08/25/10 11:29 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: Ronald J. Hof (380470)**

**Case:** 09-11606 - DANJO MANUFACTURING, LLC

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: Priority Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 4200025248<br>1466 | 106 | 08/25/10 | 2 | 08/26/09 | Payee: U.S. Bankruptcy Court<br>610  Protection One | 122.70 | 122.70 | 2.50 | 2.50 |

Check Amount: $2.50

(*) Denotes objection to Amount Filed